### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Criminal Case No. 09-cr-00172-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARNEY ANTHONY TRUJILLO,

    Defendant.

---

### ORDER VACATING TRIAL DATES AND SETTING
### CHANGE OF PLEA HEARING

---

In response to the Notice of Disposition and Motion Requesting Change of Plea Hearing (Doc. # 10) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for June 5, 2009, and the four-day jury trial set to commence on June 15, 2009, are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than May 8, 2009 to set this matter for a Change of Plea Hearing.

    DATED: May  5 , 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge