**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00172-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARNEY ANTHONY TRUJILLO,

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

Pursuant to the telephone conference between counsel and Chambers staff, and in response to the Notice of Disposition (Doc. # 10), a Change of Plea hearing is set for **June 8, 2009 at 2:30 p.m.** in Courtroom A602 of the Arraj Courthouse.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on June 4, 2009**.  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

    DATED: May __7__, 2009

                                              BY THE COURT:

                                              */s/ Christine M. Arguello*
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge